■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES COBLE, Also Known as JAMMER JONES, Appellant. [885 NYS2d 706]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered April 23, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (see People v Hidalgo, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Smith, Carni, Pine and Gorski, JJ.